UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLEXPORT, INC.

                Plaintiff,

    - against -

WESTERN GLOBAL AIRLINES, LLC

                Defendant.

**ORDER**

19 Civ. 6383 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendant's motion to compel arbitration:

1. Defendants' motion is due on **November 25, 2019**;

2. Plaintiff's opposition is due on **December 23, 2019**; and

3. Defendants' reply, if any, is due on **January 10, 2019**.

All subsequent conferences in this matter are adjourned sine die.

Dated: New York, New York
       October 22, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge