UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLEXPORT, INC.,<br><br>         Plaintiff,<br><br>v.<br><br>WESTERN GLOBAL AIRLINES, LLC,<br><br>         Defendant. | Case No. 1:19-cv-06383 (PGG)<br><br>**NOTICE OF MOTION** |

   **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Affidavit of James K. Neff with the exhibit annexed thereto, and Affidavit of Sigmund S. Wissner-Gross, Esq., and all of the prior pleadings and proceedings in this action, Defendant Western Global Airlines, LLC through its undersigned counsel, will move this Court, before the Honorable Paul G. Gardephe, United States District Judge, on such date as the Court will determine, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an Order, pursuant to the Federal Arbitration Act, compelling Plaintiff Flexport, Inc. to arbitrate all the claims pled in the Amended Complaint, Dkt. No. 12, and to stay this action during the pendency of the arbitration proceedings before the American Arbitration Association.

Dated: November 25, 2019
      New York, New York

                                                   Respectfully submitted,

                                                   **WESTERN GLOBAL AIRLINES, LLC**
                                                   By its attorneys

                                                   By:  /s/  *Sigmund S. Wissner-Gross*
                                                         Sigmund S. Wissner-Gross

                                                 **BROWN RUDNICK LLP**
                                                 Seven Times Square
                                                 New York, New York 10036
                                                 Telephone: (212) 209-4930
                                                 Fax: (212) 938-2804
                                                 swissnergross@brownrudnick.com

                                               *Counsel for Western Global Airlines, LLC*