UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLEXPORT, INC.

                Plaintiff,

        - against -

WESTERN GLOBAL AIRLINES, LLC

               Defendants.

**ORDER**

19 Civ. 6383 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       As discussed at today's conference, no later than February 11, 2021, the parties will submit a joint letter stating whether they wish to proceed to mediation or to a settlement conference before the assigned magistrate judge.

Dated: New York, New York
        January 28, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge